# CASE ANNOUNCEMENTS

## *February 28, 2008*

[Cite as *02/28/2008 Case Announcements,* 2008-Ohio-786.]

## MOTION AND PROCEDURAL RULINGS

**2007–1184.   State v. Baker.**
Summit App. No. 23713. This cause is pending before the court as an appeal from the Court of Appeals for Summit County. Upon consideration of appellant's motion to appoint counsel nunc pro tunc,

It is ordered by the court that the motion is granted, and that Donald Gallick of Lakewood, Ohio, is appointed to represent the appellant in this case, effective as of June 27, 2007.

**2007–2325.   State ex rel. Gilmour Realty, Inc. v. Mayfield Hts.**
Cuyahoga App. No. 90575, 2007-Ohio-6480. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellee's motion to strike appellant's merit brief and motion for sanctions and attorney's fees,

It is ordered by the court that the motion to strike appellant's merit brief is granted and the motion for sanctions and attorney's fees is denied.

Further, the court hereby returns this case to the regular docket under S.Ct.Prac.R. XIV(6). Appellant shall file a new brief within 40 days of the date of this entry and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. VI. As provided in S.Ct.Prac.R. VI(7), the court may dismiss this case or take other action if the parties fail to timely file merit briefs.

**2008–0181.   State v. Bradley.**
Lake App. No. 2006–L–257, 2007-Ohio-7134. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for continuation of bond, or for new bond, pending appeal,

It is ordered by the court that the motion for continuation of bond is granted. Appellant's sentence of incarceration is stayed pending compliance with all the conditions and requirements imposed by the December 20, 2006 bond order of the Lake County Court of Appeals in Case No. 2006–L–257. Failure to comply with the conditions and requirements of the December 20, 2006 bond order shall result in a termination of this stay order.

O'DONNELL, J., dissents.

[Cite as *02/28/2008 Case Announcements #2,* 2008-Ohio-796.]

## MOTION AND PROCEDURAL RULINGS

**2006–2239.   State ex rel. Cincinnati Enquirer v. Jones–Kelley.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of respondent's motion for leave to file supplemental briefing,

It is ordered by the court that the motion is granted. Both relator and respondent shall file a supplemental brief addressing what implications, if any, House Bill 214 has on the issues in this case. Both relator and respondent shall file their briefs no later than Thursday, March 6, 2008. The Clerk shall refuse to file any requests for extension of time.